JUDGE STANTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV - 5446**

---------------------------------------------------------------X

PARKROAD CORPORATION,

                Plaintiff,

07 CV _____

ECF CASE

- against -

AMARANTE SHIPPING PTE LTD.,

                Defendant.

---------------------------------------------------------------X

JUN 08 2007

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: June 8, 2007
       New York, NY

                      The Plaintiff,
                      PARKROAD CORPORATION

                      By: _____
                      Charles E. Murphy (CM 2125)
                      Nancy R. Peterson (NP 2871)
                      LENNON, MURPHY & LENNON, LLC
                      The Gray Bar Building
                      420 Lexington Ave., Suite 300
                      New York, NY 10170
                      (212) 490-6050
                      facsimile (212) 490-6070
                      cem@lenmur.com
                      nrp@lenmur.com