UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PARKROAD CORPORATION,

               Plaintiff,

   - against -

AMARANTE SHIPPING PTE LTD.,

               Defendant.
------------------------------------------------------------X

07 Civ. 5446 (LLS)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/07

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: June 20, 2007
       Southport, CT

                          The Plaintiff,
                          PARKROAD CORPORATION

                          By: _____
                          Charles E. Murphy (CM 2125)
                          Nancy R. Peterson (NP 2871)
                          LENNON, MURPHY & LENNON, LLC
                          The Gray Bar Building
                          420 Lexington Ave., Suite 300
                          New York, NY 10170
                          Phone (212) 490-6050
                          Fax (212) 490-6070
                          pfl@lenmur.com
                          nrp@lenmur.com

*So ordered*
6-20-07
[Judge's signature]
Part I